IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEVONNA TILLMAN, aka
DEVONNA FRICKS, individually
and on behalf of all others similarly
situated                                                                                            PLAINTIFF

v.                                          Case No. 4:19-cv-4030

MIDLAND CREDIT MANAGEMENT,
INC.; MIDLAND FUNDING LLC; and
JOHN DOES 1-25                                                                      DEFENDANTS

## **ORDER**

Before the Court is Defendants' Unopposed Motion for Extension of Time. (ECF No. 27). The Court finds that no response is necessary and that the matter is ripe for consideration.

On July 5, 2019, Defendants filed a motion for judgment on the pleadings. In the instant motion, the parties ask the Court to stay the deadlines set out in the Court's Initial Scheduling Order, pending the Court's ruling on the motion for judgment on the pleadings.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the parties' motion (ECF No. 27) is hereby **GRANTED**. The deadlines set out in the Court's Initial Scheduling Order (ECF No. 26) are stayed until the Court rules on Defendants' motion for judgment on the pleadings.

**IT IS SO ORDERED**, this 26th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge